UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
        United States of America,

                                                          NOTICE RE: CHANGE OF
                                                          TIME OF SENTENCING

        -against-

                                                           7:17-CR-00089 (CS) (2)


        Terrance Caldwell,
                          Defendant(s).
------------------------------------------------------------X

The Sentencing previously scheduled before this Court for **July 27, 2020 at 2:15 p.m.** will be held at **11:30 a.m.** (same date) at the United States District Courthouse, 300 Quarropas Street, White Plains, New York 10601 in Courtroom 520.

                                                                          /s/ Walter Clark, Courtroom Deputy

Dated:   July 24, 2020
              White Plains, New York