# LAW OFFICES OF
# ALLAN P. HABER, ESQ.
220 East 73rd Street, Apt. 1DD
New York, New York 10021

**OF COUNSEL**
STEPHANIE CARVLIN, ESQ.
GEORGES G. LEDERMAN, ESQ.

**TELEPHONE:** 917-374-4666
**E-MAIL:** allan@haberesq.com

**ASSOCIATE**
JACOB BARCLAY MITCHELL, ESQ.

April 12, 2021

Hon. Cathy Seibel
District Court Judge, SDNY
U.S. Courthouse
300 Quarropas Street
White Plains, NY 10605-4150

> The Clerk of Court is respectfully directed to terminate Mr. Haber as counsel for Defendant Caldwell, and to terminate Doc. 1186.
>
> SO ORDERED.
>
> *[signature]* 4/12/21
> CATHY SEIBEL, U.S.D.J.

Re: United States v. Terrance Caldwell
    Ind. No.  17 Cr. 89(CS)

Dear Judge Seibel

    Please accept this letter as a formal motion to ask permission to be removed from the ECF notifications on the above captioned case.  I am no longer on the CJA panel as I have retired.

    Thank you for your consideration.

                                            Respectfully,

                                            _____s/s_____
                                            Allan Haber, Esq.

APH: fms